# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1442-22

MELANIE GARABOTE,

    Plaintiff-Appellant,

v.

OTTLEY LESJUANE,
and AUDREY HERON,

    Defendants-Respondents.

_____

Submitted February 26, 2024 – Decided March 5, 2024

Before Judges Mawla and Vinci.

On appeal from the Superior Court of New Jersey, Law Division, Hudson County, Docket No. LT-000891-22.

Mario Miguel Blanch, attorney for appellant.

The Law Offices of Geoffrey T. Mott, PC, attorneys for respondents (Geoffrey T. Mott, on the brief).

PER CURIAM

The court being advised by the parties that the matter has been amicably resolved and the parties having stipulated to the dismissal of the appeal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2